**SAO**
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV 89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA TORRES, individually, | CASE NO.: 2:25-cv-01409-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND TRIAL DEADLINES (FIRST REQUEST)** |
| GILBERT DAVIS, individually; GAYLENE SANDEE DAVIS, individually; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

THE PARTIES, by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend Discovery and Trial Deadlines 90 days, pursuant to LR ~~26-4~~ 26-3, as follows:

1. Summary of Discovery Completed

To date, the following discovery has been completed in this case:

| Item: | Date Completed |
|---|---|
| a) Plaintiff's Initial Rule 26(a) Disclosures | 9/8/2025 |
| b) Plaintiff's Interrogatories, Request for Production, and Requests for Admission to Defendant Gilbert Davis (First Set) | 9/23/2025 |

- 1 -

| | | |
|---|---|---|
| c) | Plaintiff's Interrogatories, Requests for Production, and Requests for Admission to Defendant Gaylene Sandee Davis (First Set) | 9/23/2025 |
| d) | Defendants' Initial Rule 26(a) Disclosures | 9/24/2025 |
| e) | Defendant Gilbert Davis's Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission (First Set) | 9/24/2025 |
| f) | Defendant Gaylene Sandee Davis's Responses to Plaintiff's Interrogatories, Requests for Production, and Requests for Admission (First Set) | 11/26/2025 |
| g) | Defendants' Interrogatories, Requests for Production, and Requests for Admission to Plaintiff (First Set) | 9/24/2025 |
| h) | Plaintiff's Responses to Defendants' Interrogatories, Requests for Production, and Requests for Admission (First Set) | 11/3/2025 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

a) Additional Written Discovery;

b) Deposition of Plaintiff Teresa Torres;

c) Deposition of Defendant Gilbert Davis;

d) Deposition of Defendant Gaylene Sandee Davis;

e) Deposition(s) of percipient witnesses;

f) Disclosure of Expert Witnesses;

g) Depositions of all Expert Witnesses;

h) Any additional discovery permissible pursuant to the rules of civil procedure and applicable scheduling order.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently set to close on May 26, 2026, with Initial Expert Disclosures due on or before February 25, 2026, or within 30 days. The parties have diligently pursued discovery since the parties' Rule 26(f) conference. At this time, Plaintiff's medical

treatment is ongoing, and she requires additional treatment to discuss hardware removal following an ankle surgery related to the subject incident. The parties will both require medical records and billing related to the aforementioned medical care prior to disclosing expert reports and conducting Plaintiff's deposition. Defendant may also require additional time to conduct a medical examination of Plaintiff. Therefore, the parties jointly request a 90-day extension of the current discovery deadlines, as well as the deadlines for dispositive motions and submission of the joint pretrial order. Good cause exists for this request, and an extension will allow the parties to complete discovery efficiently and respond appropriately to dispositive motions.

4.   Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
| --- | --- | --- |
| Amend pleadings or add parties | February 25, 2026 | **May 26, 2026** |
| Expert Disclosures | February 25, 2026 | **May 26, 2026** |
| Rebuttal Expert Disclosures | March 27, 2026 | **June 25, 2026** |
| Discovery Cut-Off | May 26, 2026 | **August 24, 2026** |
| Dispositive Motions | June 25, 2026 | **September 23, 2026** |
| Joint Pre-Trial Order | July 27, 2026 | **October 26, 2026** |

/ / /

- 3 -

Counsel further states that the requested extension of discovery and post-discovery deadlines are not interposed for purposes of delay, but rather for the purposes set forth above.

**IT IS SO STIPULATED.**

DATED this 29th day of January, 2026.                DATED this **29th** day of January, 2026.

**OHLSON CORNE LLP**                                 **HARPER | SELIM**

/s/ Justin A. Corne                                 /s/ Taylor G. Selim
JUSTIN A. CORNE, ESQ.                               TAYLOR G. SELIM
Nevada Bar No. 14504                                Nevada Bar No. 12091
JASMIN N. STEWART, ESQ.                             1935 Village Center Circle
Nevada Bar No. 16008                                Las Vegas, Nevada 89134
10100 W. Charleston Blvd., Ste. 110                 *Attorney for Defendants*
Las Vegas, NV  89135
*Attorneys for Plaintiff*

/ / /

- 4 -

## ORDER

UPON STIPULATION OF THE PARTIES and with good cause on the merits therefore, discovery and trial is extended as follows:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | February 25, 2026 | **May 26, 2026** |
| Expert Disclosures | February 25, 2026 | **May 26, 2026** |
| Rebuttal Expert Disclosures | March 27, 2026 | **June 25, 2026** |
| Discovery Cut-Off | May 26, 2026 | **August 24, 2026** |
| Dispositive Motions | June 25, 2026 | **September 23, 2026** |
| Joint Pre-Trial Order | July 27, 2026 | **October 26, 2026** |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   1/30/2026

Respectfully submitted by:

**OHLSON CORNE LLP**

_/s/ Jasmin Stewart_
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
10100 W. Charleston Blvd., Ste. 110
Las Vegas, NV  89135
_Attorneys for Plaintiff_

## Laura Bolduc

| | |
|---|---|
| **From:** | Taylor G Selim <taylor@harperselim.com> |
| **Sent:** | Monday, January 26, 2026 1:54 PM |
| **To:** | Jasmin Stewart |
| **Cc:** | Lisa Ochoa; Jamie Reed; Sabrina Wibicki; Justin Corne; Laura Bolduc |
| **Subject:** | RE: Torres v. Davis re Status |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Looks good. You may e-sign for me. Thanks.

**TAYLOR G. SELIM, ESQ.**
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Office: 702.948.9240
Direct: 702.329.2002
Email: taylor@harperselim.com

---

**From:** Jasmin Stewart <Jasmin@injured.vegas>
**Sent:** Monday, January 26, 2026 1:50 PM
**To:** Taylor G Selim <taylor@harperselim.com>
**Cc:** Lisa Ochoa <lochoa@harperselim.com>; Jamie Reed <jreed@harperselim.com>; Sabrina Wibicki <Sabrina@harperselim.com>; Justin Corne <Justin@injured.vegas>; Laura Bolduc <laura@injured.vegas>
**Subject:** Re: Torres v. Davis re Status

Hi Taylor,

Hope all is well.

Attached, please find a draft SAO to Extend Discovery and Trial in this matter.

Please advise if I may affix your electronic signature and submit to the Court.

Thanks,

Jasmin N. Stewart, Esq.

Associate Attorney

Ohlson Corne LLP

1